■ STEVE VLAMIS et al., Appellants, v ANGEL PALIDARO et al., Respondents. — Order, Appellate Term, Supreme Court, First Department, entered on June 17, 1981, unanimously affirmed for the reasons stated by Appellate Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Carro, Silverman and Milonas, JJ.

■ BERNARD J. SEUBERT, Appellant, v BOARD OF HIGHER EDUCATION OF CITY OF NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Cropper, J.), entered on September 14, 1979, unanimously affirmed for the reasons stated by Cropper, J., at Special Term, without costs and without disbursements. The appeal from the order of said court, entered on December 18, 1979, is dismissed as said order is nonappealable. Concur — Sandler, J. P., Carro, Fein and Milonas, JJ.

■ INTERSTATE LATH, PLASTER & DRYWALL CORP., Appellant, v CASTAGNA & SON, INC., Appellant, and STATE UNIVERSITY CONSTRUCTION FUND, Respondent, et al., Defendant. (Action No. 1.) INTERSTATE LATH, PLASTER & DRYWALL CORP., Appellant, v CASTAGNA & SON, INC., Appellant and Third Party Plaintiff-Appellant. STATE UNIVERSITY CONSTRUCTION FUND, Third Party Defendant-Respondent. (Action No. 2.) — Judgment, Supreme Court, New York County (Price, J.), entered on November 27, 1981 unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on November 6, 1981 is dismissed as being subsumed in the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Markewich and Milonas, JJ.

■ SOCIETY FOR THE RIGHT TO DIE, INC., Respondent-Appellant, v CONCERN FOR DYING — AN EDUCATIONAL COUNCIL et al., Appellants-Respondents. — Order, Supreme Court, New York County (Greenfield, J.), entered on January 19, 1982, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sandler, Sullivan and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE COLEMAN, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on January 8, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Markewich and Milonas, JJ.